IJ:NB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

ORDER

-against-

05 CR 289 (CBA)

IRENE ALTAMIRANO,

Defendant.

- - - - - - - - - - - - - - - - X

The indictment against IRENE ALTAMIRANO, Criminal Docket No. 05-289, is hereby dismissed with prejudice.

Dated:   Brooklyn, New York
         February 24, 2006

/s/ Hon. Carol B. Amon
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK